**No. 10-8637. Kevin Wayne Dunigan, Petitioner v. California.**

562 U.S. 1295, 131 S. Ct. 1696, 179 L. Ed. 2d 631, 2011 U.S. LEXIS 2397.

March 21, 2011. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.

**No. 10-8654. Clifford J. Culgan, Petitioner v. Ohio.**

562 U.S. 1295, 131 S. Ct. 1697, 179 L. Ed. 2d 631, 2011 U.S. LEXIS 2240.

March 21, 2011. Petition for writ of certiorari to the Court of Appeals of Ohio, Medina County, denied.

**No. 10-8656. Vicente Cervantes-Segura, aka John Richard Navarro, Petitioner v. United States.**

562 U.S. 1295, 131 S. Ct. 1697, 179 L. Ed. 2d 631, 2011 U.S. LEXIS 2258.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 399 Fed. Appx. 23.

**No. 10-8685. Eugene F. Ladd, Petitioner v. Deborah Thibault, et al.**

562 U.S. 1295, 131 S. Ct. 1697, 179 L. Ed. 2d 631, 2011 U.S. LEXIS 2412.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 402 Fed. Appx. 618.

**No. 10-8687. Joaquin H. Ciria, Petitioner v. Nicholas J. Rubino, et al.**

562 U.S. 1295, 131 S. Ct. 1697, 179 L. Ed. 2d 631, 2011 U.S. LEXIS 2293,

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 394 Fed. Appx. 400.

**No. 10-8688. Frederick Abram, Petitioner v. Kevin Milyard, Warden, et al.**

562 U.S. 1295, 131 S. Ct. 1697, 179 L. Ed. 2d 631, 2011 U.S. LEXIS 2239.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 400 Fed. Appx. 380.

**No. 10-8699. James Brown, Petitioner v. Florida.**

562 U.S. 1295, 131 S. Ct. 1698, 179 L. Ed. 2d 631, 2011 U.S. LEXIS 2377.

March 21, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 47 So. 3d 1287.